ELVIRA  CICARELLI
*vs.*
SIMON  LIPSHETZ

Superior Court        New Haven County        File No. 58146

MEMORANDUM  FILED  JANUARY  23,  1940.

*Edward S. Snyder,* of New Haven, for the Plaintiff.

*Watrous, Hewitt, Gumbart & Corbin,* of New Haven, for the Defendant.

COMLEY, J. The demurrer is sustained on the first and second grounds on the assumption that they raise the issue of law as to whether a judgment of the Superior Court is a final judgment although an appeal may be pending or may yet be taken.

The judgment was a final judgment, and should be pleaded in bar.